| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- X<br>:<br>UNITED STATES OF AMERICA,          :<br>:<br>:<br>-v-                                                            :<br>:<br>:<br>NAYEEM AHMED CHOWDHURY,        :<br>:<br>Defendant. :<br>-------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  8/25/2022<br><br>1:22-mj-6150-UA<br><br><u>ORDER</u> |

GREGORY H. WOODS, United States District Judge:

A bail review hearing is scheduled in this matter on August 25, 2022 at 3::00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The Court expects that a pretrial services officer with knowledge of the relevant facts will appear in person at the hearing

SO ORDERED.

Dated: August 25, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge
Part I