```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,

                -v-                                1:22-mj-6150-UA

    NAYEEM AHMED CHOWDHURY,              ORDER

                             Defendant.
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       Following a hearing held on August 25, 2022, the Court found the defendant violated the conditions of his release and that there was probable cause to find that he had committed a State crime. The Court further found that the defendant was unlikely to abide by any condition or combination of conditions of release and that there was no condition or combination of conditions that would assure that the defendant would not pose a danger to the safety of any other person or the community. Accordingly, the Court orders that the defendant's pretrial release be revoked and that he be detained.

       The defendant is remanded to the custody of the U.S. Marshal.

       SO ORDERED.

Dated: August 25, 2022
       New York, New York

                                                          _____
                                                           GREGORY H. WOODS
                                                  United States District Judge
                                                               Part I